FILED
04 MAR 19 PM 3:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JERRY BODIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | |
| ) | CV-02-C-2838-W |
| THE PURDUE PHARMA COMPANY, ) | |
| PURDUE PHARMA L.P., ) | |
| PURDUE PHARMA INC., ) | |
| PURDUE FREDERICK COMPANY, ) | |
| THE P.F. LABORATORIES, INC. ) | |
| ABBOTT LABORATORIES, ) | |
| ABBOTT LABORATORIES, INC., ) | |
| ) | |
| Defendants. ) | |

ENTERED
APR 0 8 2004

GRANTED
[signature]  4/7/04
JUDGE                 DATE

### MOTION TO QUASH AMENDED CROSS-NOTICE OF THE CONTINUATION OF THE DEPOSITION OF NON-PARTY WITNESS, KAREN WHITE

COMES NOW a non-party witness in the above-styled matter, KAREN WHITE (hereinafter referred to as "Ms. White"), by and through her undersigned counsel of record, and pursuant to Rule 30(d)(2) of the Federal Rules of Civil Procedure, hereby requests this Court to enter an Order quashing the Amended Cross-Notice of the continuation of her deposition filed by Defendants, Purdue Pharma, L.P., Purdue Pharma, Inc., The Purdue Pharma Company, and The Purdue Frederick Co. (hereinafter collectively referred to as the "Purdue Defendants"). As grounds therefore, Ms. White states as follows:

1. That on December 17, 2003, Karen White, a non-party witness in the above-styled matter, was deposed by counsel for all parties in Tampa, Florida. (Deposition Transcript of Karen White, attached to Ms. White's Memorandum of Law in Support of Motion to Quash as Exhibit