UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **JERRY BODIE,** | ) |
| | ) |
| Plaintiff, | )  CIVIL ACTION NO. CV-02-HS-2838-W |
| v. | ) |
| | ) |
| **PURDUE PHARMA COMPANY;** | ) |
| **PURDUE PHARMA L.P.; PURDUE** | ) |
| **PHARMA INC.; PURDUE FREDERICK** | ) |
| **COMPANY; P.F. LABORATORIES,** | ) |
| **INC.; ABBOTT LABORATORIES;** | ) |
| **ABBOTT LABORATORIES, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

This cause comes before the Court on the Motion to Compel Production of Plaintiff Expert Witness Documents (doc. 75), filed by the Defendants Purdue Pharma Company, Purdue Pharma, Inc., and The Purdue Frederick Company ("Defendants"). As the motion is unopposed, the Court finds that it is due to be, and hereby is, **GRANTED**. It is hereby **ORDERED** that, within 14 days of the date of this Order, Dr. David S. Egilman, through Plaintiff's counsel, shall produce to counsel for the Defendants any and all articles authored or co-authored by the Plaintiff's expert witness, Dr. David S. Egilman, including but not limited to drafts of articles, whether published or unpublished.

Any and all documents or information produced pursuant to this Order shall not be used or disclosed for any purpose other than the preparation and/or trial of this case and/or appeal therefrom, and shall in all respects be governed as "Confidential" material, in accordance with the terms of the Protective Order entered by this Court on March 2, 2004.

**DONE** and **ORDERED** this 14th day of January, 2005.

**VIRGINIA EMERSON HOPKINS**
United States District Judge